UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DESHQUIC FITZGERALD, on his own behalf and on behalf of those similarly situated,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) CASE NO.: 1:12-CV-01461-TWT ) ) |
| **C.U. EMPLOYMENT, INC.,** | ) ) ) ) |
| **Defendant.** | ) |

## JUDGMENT AND ORDER OF DISMISSAL

The Court has before it the Parties' Joint Petition For Settlement Approval and Entry of Final Judgment (Doc. 29). The Court has reviewed the Parties' arguments and the terms of the proposed settlement, and finds that the proposed settlement is fair, reasonable, and consistent with the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* The Court therefore **APPROVES** the Parties' settlement as outlined in the Joint Petition.

Judgment is entered in favor of the Plaintiffs and against Defendant, and the Parties are hereby ordered to implement their settlement agreement as outlined in the Joint Petition. The Judgment here entered is a judicial approval of a reasonable compromise pursuant to the FLSA and is not a finding that Defendant violated the FLSA in any way.

This action is **DISMISSED, WITH PREJUDICE**, costs taxed as paid.

This 6th day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge